1  Julie Pollock (SBN 346081)
2  BERGER MONTAGUE PC
   505 Montgomery St, Suite 625
3  San Francisco, CA 94111
   Tel: (415) 906-0684; Fax: (215) 875-4604
4  jpollock@bm.net

5
   John G. Albanese*
6  BERGER MONTAGUE PC
   1229 Tyler Street NE, Suite 205
7  Minneapolis, MN 55413
   Tel: 612-594-5999; Fax: 612-584-4470
8  jalbanese@bm.net
9  *pro hac vice

10 *Attorneys for Plaintiff*

11
   John A. Vogt (SBN 198677)
12 javogt@jonesday.com
   JONES DAY
13 3161 Michelson Drive, Suite 800
   Irvine, CA 92612
14 Tel: 949.851.3939; Fax: 949.553.7539

15
   Oren R. Depp
16 odepp@jonesday.com
   110 North Wacker Drive, Suite 4800
17 Chicago, IL 60606
   Tel: 312.269.4208
18 *pro hac vice
19

20 *Attorneys for Defendant*

21          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
22

23 | FELICIA ROBINSON, individually and on behalf of those similarly situated, | CASE NO. 3:24-cv-2163-CRB |
24 | | |
   | Plaintiff, | |
25 | | **STIPULATION OF DISMISSAL** |
   | v. | |
26 | | |
   | EXPERIAN INFORMATION SOLUTIONS, LLC, | |
27 | | |
28 | Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Felicia Robinson and

2    Defendant Experian Information Solutions, Inc.[1], through their respective attorneys of record,

3    hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each

4    party to bear their own fees and costs.

5

6    Dated: April 10, 2025                    BERGER MONTAGUE PC

7                                             /s/John G. Albanese

8                                             John G. Albanese, *pro hac vice*

9                                             ATTORNEYS FOR PLAINTIFF

10

11   Dated: April 10, 2025                    JONES DAY

12                                            /s/Oren R. Depp

13                                            Oren R. Depp, IL Bar No. 6345841

14                                            *pro hac vice*

15                                            ATTORNEYS FOR DEFENDANT

16

17

18

19

20

21

22

23

24

25

26

27

28

[1] Erroneously named in caption as "Experian Information Solutions, LLC."